STATE OF NEW JERSEY v. DONALD ARRINGTON.

December 18, 1985.

Petition for certification denied.

STATE OF NEW JERSEY v. RONNIE BRYANT.

December 18, 1985.

Petition for certification denied.

STATE OF NEW JERSEY v. JAMES FLOWERS.

December 18, 1985.

Petition for certification denied.

STATE OF NEW JERSEY v. EDWARD PAWLUK.

December 18, 1985.

Petition for certification denied.

STATE OF NEW JERSEY v. JESSIE LEE CARMICHAEL.

December 18, 1985.

Petition for certification denied.